Home | Contact Us | Français

**CAVENDISH**

- Home
- About Cavendish Farms
- History
- Vision and Values
- **Irving Group**
- Locations
- Sustainability
- US Products
- Canadian Products
- Order Online
- Recipes
- Contact Us
- Appetizers

## Irving Group

Cavendish Farms is a member of the Irving Group of Companies — a family-owned organization whose commitment to quality products and services dates back over 125 years.

The Irving Group's interests include:

- Cavendish Produce is a grower and packer of quality fresh potatoes for retail and food service markets.
- Irving Personal Care manufactures baby diapers and training pants for North American retailers.
- Irving Forest Products owns or manages 5½ million acres of timberland in Canada and Maine.
- Irving Pulp and Paper produces the highest quality pulp in the world.
- Irving Tissue makes household paper products such as Royale and Majesta (Canada) and Scotties (U.S.).
- Midland Group offers a wide variety of transportation and distribution services.

For more information on any of these companies please visit www.jdirving.com



Last viewed by Chief Judge Diot on 12/31/2009

Home | User Agreement | Privacy Policy | Site Map | Français        © Cavendish Farms 2009